# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: CHURCH, LINDA L. | § | Case No. 09-33253 |
| | § | |
| SWINK, LINDA L. | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 08, 2009.  The undersigned trustee was appointed on September 08, 2009.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

    4.  The trustee realized the gross receipts of      $_____ 2,296.72

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 229.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 2,067.32 |

The remaining funds are available for distribution.

    5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 01/26/2010 and the deadline for filing governmental claims was 03/07/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as  **Exhibit C** .

7. The Trustee's proposed distribution is attached as  **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $574.18.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $237.55, for a total compensation of $237.55.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $30.28, for total expenses of $30.28.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2012               By: /s/CHARLES J. MYLER
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-33253

Case Name:   CHURCH, LINDA L.

Period Ending: 05/21/12

Trustee:      (330510)    CHARLES J. MYLER

Filed (f) or Converted (c): 09/08/09 (f)

§341(a) Meeting Date:   10/26/09

Claims Bar Date:   01/26/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Single-family residence 44W669 Ramm Rd., Maple P | 775,000.00 | 449,673.00 | DA | 0.00 | 0.00 |
| 2 | 14N695 Factly Rd., Sycamore, IL, (Joint with son | 500,000.00 | 0.00 | | 2,296.16 | FA |
| 3 | Cash | 40.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Checking Account, National Bank, St. Charles, IL | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Ordinary Contents of 3 Bedroom Home | 1,200.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | One Adult | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | 1995 Jeep Grand Cherokee | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | 1991 Ford Pick-Up | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 0.56 | Unknown |
| **9** | **Assets**      **Totals** (Excluding unknown values) | **$1,278,340.00** | **$449,673.00** | | **$2,296.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee reports Ramm Road property repossessed by Castle Bank

**Initial Projected Date Of Final Report (TFR):**      December 31, 2009        **Current Projected Date Of Final Report (TFR):**      June 30, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-33253 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | CHURCH, LINDA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******22-65 - Checking Account |
| Taxpayer ID #: | **-***9056 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/21/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/01/10 | {2} | Chicago Title & Trust Co. | Proceeds of sale of Factly Rd. property | 1110-000 | 2,296.16 | | 2,296.16 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,296.28 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,296.42 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 2,296.55 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.56 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.57 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.58 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.59 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.60 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.61 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.62 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.63 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.64 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.65 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,296.66 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.40 | 2,292.26 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,292.27 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,267.27 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,267.28 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,242.28 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,242.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,217.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,217.30 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,192.30 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,192.31 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,167.31 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,167.32 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,142.32 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,117.32 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,092.32 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,067.32 |

|  | ACCOUNT TOTALS | 2,296.72 | 229.40 | $2,067.32 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 2,296.72 | 229.40 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $2,296.72 | $229.40 | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-33253 |
| Case Name: | CHURCH, LINDA L. |
| | |
| Taxpayer ID #: | **-***9056 |
| Period Ending: | 05/21/12 |

| | |
|---|---|
| Trustee: | CHARLES J. MYLER (330510) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******22-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

|  | Net Receipts : | 2,296.72 |
|---|---|---|
|  | Net Estate : | $2,296.72 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******22-65** | 2,296.72 | 229.40 | 2,067.32 |
| | $2,296.72 | $229.40 | $2,067.32 |

Printed:  05/21/12 03:07 PM                                                                                          Page: 1

# Claims Proposed Distribution

## Case:   09-33253    CHURCH, LINDA L.

| Case Balance: | $2,067.32 | Total Proposed Payment: | $2,092.32 | Remaining Balance: | $-25.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6 | Castle Bank NA | Secured | 930,372.06 | 0.00 | 0.00 | 0.00 | 0.00 | 2,092.32 |
| | Claim Memo: | --------------------------------------------------------------------- | | | | | | |
| | Schedule D Account: XXX1770 | | | | | | | |
| | --------------------------------------------------------------------- | | | | | | | |
| | Schedule D Account: XXX6720 | | | | | | | |
| | CHARLES J. MYLER | Admin Ch.  7 | 574.18 | 574.18 | 0.00 | 574.18 | 237.55 | 1,854.77 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | Charles J. Myler | Admin Ch.  7 | 73.18 | 73.18 | 0.00 | 73.18 | 30.28 | 1,824.49 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | Myler, Ruddy & McTavish | Admin Ch.  7 | 4,410.00 | 4,410.00 | 0.00 | 4,410.00 | 1,824.49 | 0.00 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| NOTFILED | Kane County Treasuer David J. Rickert | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9P | Department of the Treasury | Priority | 2,641.80 | 2,641.80 | 0.00 | 2,641.80 | 0.00 | 0.00 |
| 1 | Advantage Assets Inc | Unsecured | 9,467.02 | 9,467.02 | 0.00 | 9,467.02 | 0.00 | 0.00 |
| 2 | Dell Financial Services L.L.C. | Unsecured | 1,131.32 | 1,131.32 | 0.00 | 1,131.32 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | Unsecured | 4,842.14 | 4,842.14 | 0.00 | 4,842.14 | 0.00 | 0.00 |
| | Claim Memo: | --------------------------------------------------------------------- | | | | | | |
| | Schedule F Account: XXXX-XXXX-XXXX-8599 | | | | | | | |
| 4 | GE Money Bank dba MTD POWER CARD/GEMB | Unsecured | 2,459.27 | 2,459.27 | 0.00 | 2,459.27 | 0.00 | 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | Unsecured | 9,863.23 | 9,863.23 | 0.00 | 9,863.23 | 0.00 | 0.00 |
| 7 | GE Money Bank dba WALMART | Unsecured | 5,471.75 | 5,471.75 | 0.00 | 5,471.75 | 0.00 | 0.00 |
| 8 | Capital Recovery III LLC As Assignee of HSBC/Orcha | Unsecured | 2,722.77 | 2,722.77 | 0.00 | 2,722.77 | 0.00 | 0.00 |
| | Claim Memo: | --------------------------------------------------------------------- | | | | | | |
| | Schedule F Account: XXXXXXXX0860 | | | | | | | |
| NOTFILED | AFNI Inc. - Sprint | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Academy Collection Service, Inc. %GE Money Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Accounts Receivable Management, Inc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bureau of Collection Recovery, Inc. % Washington Mutual | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Citi | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Direct TV | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case:   09-33253    CHURCH, LINDA L.

| Case Balance: | $2,067.32 | Total Proposed Payment: | $2,092.32 | Remaining Balance: | $-25.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| NOTFILE D | Divcersified Consultants, Inc. % Sprint | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Encore Receivable Management, Inc. % GE Money Bank - Wal-Mar | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Financial Asset Management System % Chase Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | HSBC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | HSBC Retail Services % Carson Pirie Scott | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | IC System, Inc. % Washington Mutual | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Integrity Financial Partners, Inc. % Wells Fargo Financial | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Ltd. Financial Services % Wells Fargo Financial, Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Meridian Management Solutions % Wells Fargo Financial | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | NCO Financial Systems % Captial One | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Northland Group, Inc. % Citibank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Oxform Management Services % Direct TV | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Providian Washington Mutual | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Right Way | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Sears | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Wells Fargo | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILE D | Wells Fargo | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9U | Department of the Treasury | Unsecured | 56.10 | 56.10 | 0.00 | 56.10 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case:  09-33253    CHURCH, LINDA L.

**Case Balance:**    $2,067.32        **Total Proposed Payment:**    $2,092.32        **Remaining Balance:**    $-25.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|----------------|--------------|---------------|------------------|-----------------|
| | **Total for Case 09-33253 :** | | **$974,084.82** | **$43,712.76** | **$0.00** | **$43,712.76** | **$2,092.32** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|-------------|----------------|--------------|------------------|--------|
| **Total Administrative Claims :** | $5,057.36 | $5,057.36 | $0.00 | $2,092.32 | 41.371783% |
| **Total Priority Claims :** | $2,641.80 | $2,641.80 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $930,372.06 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $36,013.60 | $36,013.60 | $0.00 | $0.00 | 0.000000% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-33253
Case Name: CHURCH, LINDA L.
Trustee Name: CHARLES J. MYLER

| | Balance on hand: | | | $ | 2,067.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Castle Bank NA | 930,372.06 | 0.00 | 0.00 | 0.00 |

| | Total to be paid to secured creditors: | $ | 0.00 |
| | Remaining balance: | $ | 2,067.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 574.18 | 0.00 | 237.55 |
| Trustee, Expenses - Charles J. Myler | 73.18 | 0.00 | 30.28 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 4,410.00 | 0.00 | 1,824.49 |

| | Total to be paid for chapter 7 administration expenses: | $ | 2,092.32 |
| | Remaining balance: | $ | -25.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | -25.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,641.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Department of the Treasury | 2,641.80 | 0.00 | 0.00 |

Total to be paid for priority claims:    $         0.00

Remaining balance:    $       -25.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,957.50 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advantage Assets Inc | 9,467.02 | 0.00 | 0.00 |
| 2 | Dell Financial Services L.L.C. | 1,131.32 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 4,842.14 | 0.00 | 0.00 |
| 4 | GE Money Bank dba MTD POWER CARD/GEMB | 2,459.27 | 0.00 | 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | 9,863.23 | 0.00 | 0.00 |
| 7 | GE Money Bank dba WALMART | 5,471.75 | 0.00 | 0.00 |
| 8 | Capital Recovery III LLC As Assignee of HSBC/Orcha | 2,722.77 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $         0.00

Remaining balance:    $       -25.00

Tardily filed claims of general (unsecured) creditors totaling $ 56.10 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9U | Department of the Treasury | 56.10 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:    $         0.00

Remaining balance:    $       -25.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ -25.00