UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: CHURCH, LINDA L. | § Case No. 09-33253 |
| | § |
| SWINK, LINDA L. | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 7/26/12 in Courtroom 250, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/22/2012         By: /s/CHARLES J. MYLER_____
                                    Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: CHURCH, LINDA L. | § | Case No. 09-33253 |
| | § | |
| SWINK, LINDA L. | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,296.72 |
| *and approved disbursements of* | $ 229.40 |
| *leaving a balance on hand of* [1] | $ 2,067.32 |
| **Balance on hand:** | $ 2,067.32 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Castle Bank NA | 930,372.06 | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 2,067.32 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 574.18 | 0.00 | 384.94 |
| Trustee, Expenses - Charles J. Myler | 73.18 | 0.00 | 49.06 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 2,436.25 | 0.00 | 1,633.32 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 2,067.32 |
| Remaining balance: | $ | 0.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,641.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Department of the Treasury | 2,641.80 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,957.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advantage Assets Inc | 9,467.02 | 0.00 | 0.00 |
| 2 | Dell Financial Services L.L.C. | 1,131.32 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 4,842.14 | 0.00 | 0.00 |
| 4 | GE Money Bank dba MTD POWER CARD/GEMB | 2,459.27 | 0.00 | 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | 9,863.23 | 0.00 | 0.00 |
| 7 | GE Money Bank dba WALMART | 5,471.75 | 0.00 | 0.00 |
| 8 | Capital Recovery III LLC As Assignee of HSBC/Orcha | 2,722.77 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 56.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9U | Department of the Treasury | 56.10 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                       Case No. 09-33253-MB
Linda L. Church                                              Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: driddick              Page 1 of 3                  Date Rcvd: Jun 22, 2012
                              Form ID: pdf006             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2012.
db            #+Linda L. Church,    44W669 Ramm Rd.,    Maple Park, IL 60151-8656
14422161      +AFNI Inc. - Sprint,    POB 3097,    Bloomington, IL 61702-3097
14422159      +Academy Collection Service, Inc.,    %GE Money Bank,    10965 Decatur Rd.,
                Philadelphia, PA 19154-3210
14422160       Accounts Receivable Management, Inc,    % HSBC Card Services,    POB 129,
                Thorofare, NJ 08086-0129
14632146      +Advantage Assets Inc,    7322 Southwest Freeway  Ste 1600,    Houston, TX 77074-2053
14422162       Allied Interstate,    %GE Money Bank/Wal-Mart,    POB 1962,    Southgate, MI 48195-0962
14422163      +Bureau of Collection Recovery, Inc.,    % Washington Mutual,    7575 Corporate Way,
                Eden Prairie, MN 55344-2022
14422186     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
              (address filed with court: Providian Washington Mutual,      POB 660487,    Dallas, TX 75266)
14422164      +Capital One,    POB 30281,    Salt Lake City, UT 84130-0281
15006819      +Capital Recovery III LLC As Assignee of HSBC/Orcha,     Care of Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,     Miami FL 33131-1605
14422165      +Castle Bank,    141 W. Lincoln Hwy.,    Dekalb, IL 60115-3699
14908935      +Castle Bank NA,    141 W. Lincoln Highway,    DeKalb, Il 60115-3699
14422166      +Chase,    800 Brooksege Blvd.,    Westerville, OH 43081-2822
14697341       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14422167      +Citi,    POB 6241,    Sioux Falls, SD 57117-6241
14422168     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial,     POB 6403,    Carol Stream, IL 60197-6403)
14422169       Direct TV,    POB 9001069,    Louisville, KY 40290-1069
14422170       Divcersified Consultants, Inc.,    % Sprint,    POB 551268,    Jacksonville, FL 32255-1268
14422171       Encore Receivable Management, Inc.,    % GE Money Bank - Wal-Mart Credit,
                400 N. Rogers Rd., POB 3330,     Olathe, KS 66063-3330
14422172       Financial Asset Management System,    % Chase Bank,    POB 451409,    Atlanta, GA 31145-9409
14847808    +++GE Money Bank dba MTD POWER CARD/GEMB,    Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14924166      +GE Money Bank dba WALMART,    Care of Recovery Management Systems Corp,     25 SE 2nd Ave Ste 1120,
                Miami FL 33131-1605
14422173       GEMB/Wal,    POB 91400,    El Paso, TX 79998
14422174      +GMB,    POB 981439,    El Paso, TX 79998-1439
14422175       HSBC,    PBO 81622,    Salinas, CA 93912
14422176      +HSBC Retail Services,    % Carson Pirie Scott,    POB 17264,    Baltimore, MD 21297-1264
14422178       Integrity Financial Partners, Inc.,    % Wells Fargo Financial,    POB 11530,
                Overland Park, KS 66207-4230
14422180       Kane County Treasurer,    David J. Rickert,    POB 4025,    Geneva, IL 60134-4025
14422181      +Ltd. Financial Services,    % Wells Fargo Financial, Inc.,    7322 Southwest Freeway, Ste. 1600,
                Houston, TX 77074-2053
14422182       Meridian Management Solutions,    % Wells Fargo Financial,    POB 421088,    Houston, TX 77242-1088
14422184      +Northland Group, Inc.,    % Citibank,    POB 390905,    Minneapolis, MN 55439-0905
14422185       Oxform Management Services,    % Direct TV,    POB 78626,    Phoenix, AZ 85062-8626
14422187      +Right Way,    316 E. Blair,    West Chicago, IL 60185-3412
14422189      +Sears,    POB 6189,    Sioux Falls, SD 57117-6189
14422190      +Wells Fargo,    3201 N. 4th Ave.,    Sioux Falls, SD 57104-0700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14685104       E-mail/Text: resurgentbknotifications@resurgent.com Jun 22 2012 19:21:43
                Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                Greenville, SC 29603-0390
14422177       E-mail/Text: Bankruptcy@icsystem.com Jun 22 2012 19:25:21      IC System, Inc.,
                % Washington Mutual,    444 Highway 96 East, POB 64887,    Saint Paul, MN 55164-0887
14422179       E-mail/Text: cio.bncmail@irs.gov Jun 22 2012 19:20:37      Department of the Treasury,
                Internal Revenue Service,    Centralized Insolvency Operations,    PO Box 21126,
                Philadelphia PA 19114
14852864      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 22 2012 19:21:43
                PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                                TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14422183     ##+NCO Financial Systems,    % Captial One,    POB 61247,    Virginia Beach, VA 23466-1247
14422188     ##+Robert N. Church,    14N695 Factly Rd.,    Sycamore, IL 60178-6004
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: driddick              Page 2 of 3             Date Rcvd: Jun 22, 2012
                               Form ID: pdf006             Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2012**                    **Signature:**            _Joseph Speetjens_

```
District/off: 0752-1          User: driddick              Page 3 of 3                  Date Rcvd: Jun 22, 2012
                              Form ID: pdf006             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2012 at the address(es) listed below:

```
              Bradley J Waller    on behalf of Creditor   Castle Bank NA bwaller@ksbwl.com,   vmaurer@ksbwl.com
              Charles J Myler    cmyler@mrmlaw.com,  IL57@ecfcbis.com;kmyler@mrmlaw.com
              Charles J Myler    on behalf of Trustee Charles Myler cmyler@mrmlaw.com,   kmyler@mrmlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Trustee Charles Myler rglarsen@mrmlaw.com
              Roy  Safanda, Esq   on behalf of Debtor Linda Church rsafanda@xnet.com
                                                                                            TOTAL: 6
```