**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: CHURCH, LINDA L.                           § Case No. 09-33253
                                                  §
       SWINK, LINDA L.                            §
Debtor(s)                                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $778,340.00                     Assets Exempt: $18,340.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $308,969.92      Claims Discharged
                                                  Without Payment: $111,799.40

Total Expenses of Administration: $30,030.64

---

   3) Total gross receipts of $ 339,000.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $339,000.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $810,327.00 | $1,239,341.98 | $308,969.92 | $308,969.92 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 31,046.93 | 31,046.93 | 30,030.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 35,010.00 | 2,641.80 | 2,641.80 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,303.00 | 36,013.60 | 36,013.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $917,640.00 | $1,309,044.31 | $378,672.25 | $339,000.56 |

    4) This case was originally filed under Chapter 7 on September 08, 2009. The case was pending for 36 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2012          By: /s/CHARLES J. MYLER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Gross Proceeds of Sale | 1110-000 | 339,000.00 |
| Interest Income | 1270-000 | 0.56 |
| **TOTAL GROSS RECEIPTS** | | **$339,000.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Castle Bank NA | 4110-000 | 810,327.00 | 930,372.06 | 0.00 | 0.00 |
| | Chicago Title & Trust Co. | 4800-000 | N/A | 8,151.35 | 8,151.35 | 8,151.35 |
| | Chicago Title & Trust Co. | 4800-000 | N/A | 3,522.41 | 3,522.41 | 3,522.41 |
| | Chicago Title & Trust Co. | 4110-000 | N/A | 2,296.16 | 2,296.16 | 2,296.16 |
| | Chicago Title & Trust Co. | 4110-000 | N/A | 295,000.00 | 295,000.00 | 295,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$810,327.00** | **$1,239,341.98** | **$308,969.92** | **$308,969.92** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 574.18 | 574.18 | 384.94 |
| Charles J. Myler | 2200-000 | N/A | 73.18 | 73.18 | 49.06 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 2,436.25 | 2,436.25 | 1,633.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.40 | 4.40 | 4.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 2,521.00 | 2,521.00 | 2,521.00 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 3,856.13 | 3,856.13 | 3,856.13 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 1,180.00 | 1,180.00 | 1,180.00 |
| Chicago Title & Trust Co. | 3991-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| Chicago Title & Trust Co. | 2420-000 | N/A | 375.00 | 375.00 | 375.00 |
| Chicago Title & Trust Co. | 3110-000 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| Chicago Title & Trust Co. | 3510-000 | N/A | 8,250.00 | 8,250.00 | 8,250.00 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 1,192.00 | 1,192.00 | 1,192.00 |
| Chicago Title & Trust Co. | 2500-000 | N/A | 209.79 | 209.79 | 209.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $31,046.93 | $31,046.93 | $30,030.64 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P | Department of the Treasury | 5800-000 | 3,010.00 | 2,641.80 | 2,641.80 | 0.00 |
| NOTFILED | Kane County Treasurer David J. Rickert | 5200-000 | 32,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$35,010.00** | **$2,641.80** | **$2,641.80** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advantage Assets Inc | 7100-000 | N/A | 9,467.02 | 9,467.02 | 0.00 |
| 2 | Dell Financial Services L.L.C. | 7100-000 | 1,029.00 | 1,131.32 | 1,131.32 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 16,146.00 | 4,842.14 | 4,842.14 | 0.00 |
| 4 | GE Money Bank dba MTD POWER CARD/GEMB | 7100-000 | 2,440.00 | 2,459.27 | 2,459.27 | 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 9,863.23 | 9,863.23 | 0.00 |
| 7 | GE Money Bank dba WALMART | 7100-000 | 5,471.00 | 5,471.75 | 5,471.75 | 0.00 |
| 8 | Capital Recovery III LLC As Assignee of HSBC/Orcha | 7100-000 | 6,073.00 | 2,722.77 | 2,722.77 | 0.00 |
| 9U | Department of the Treasury | 7200-000 | N/A | 56.10 | 56.10 | 0.00 |
| NOTFILED | Meridian Management Solutions % Wells Fargo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ltd. Financial Services % Wells Fargo Financial, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | IC System, Inc. % Washington Mutual | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 7,995.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services % Carson Pirie Scott | 7100-000 | 1,784.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Financial Partners, Inc. % Wells Fargo | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Northland Group, Inc. % Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 9,151.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 7,882.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 3,836.00 | N/A | N/A | 0.00 |
| NOTFILED | Providian Washington Mutual | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Right Way | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Financial Asset Management System % Chase Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Oxform Management Services % Direct TV | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems % Captial One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 9,615.00 | N/A | N/A | 0.00 |
| NOTFILED | Academy Collection Service, Inc. %GE Money Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Encore Receivable Management, Inc. % GE Money | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 127.00 | N/A | N/A | 0.00 |
| NOTFILED | Divcersified Consultants, Inc. % Sprint | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AFNI Inc. - Sprint | 7100-000 | 479.00 | N/A | N/A | 0.00 |
| NOTFILED | Bureau of Collection Recovery, Inc. % Washington | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Accounts Receivable Management, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $72,303.00 | $36,013.60 | $36,013.60 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-33253  
**Case Name:** CHURCH, LINDA L.

**Period Ending:** 09/10/12

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 09/08/09 (f)  
**§341(a) Meeting Date:** 10/26/09  
**Claims Bar Date:** 01/26/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single-family residence 44W669 Ramm Rd., Maple P | 775,000.00 | 449,673.00 | DA | 0.00 | 0.00 |
| 2 | 14N695 Factly Rd., Sycamore, IL, (Joint with son | 500,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 40.00 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Checking Account, National Bank, St. Charles, IL | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Ordinary Contents of 3 Bedroom Home | 1,200.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | One Adult | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | 1995 Jeep Grand Cherokee | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | 1991 Ford Pick-Up | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.56 | Unknown |
| 9 | Assets Totals (Excluding unknown values) | **$1,278,340.00** | **$449,673.00** | | **$0.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee reports Ramm Road property repossessed by Castle Bank; final report hearing set for 7/26/12

**Initial Projected Date Of Final Report (TFR):** December 31, 2009  **Current Projected Date Of Final Report (TFR):** September 30, 2012

Printed: 09/10/2012 01:18 PM     V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-33253 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | CHURCH, LINDA L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******22-65 - Checking Account |
| Taxpayer ID #: | **-***9056 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/10/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/01/10 | | Chicago Title & Trust Co. | Proceeds of sale of Factly Rd. property | | | 2,296.16 | | 2,296.16 |
| | | | Gross Proceeds of Sale | 339,000.00 | 1110-000 | | | 2,296.16 |
| | | | Costs of Sale | -2,521.00 | 2500-000 | | | 2,296.16 |
| | | | Costs of Sale | -3,856.13 | 2500-000 | | | 2,296.16 |
| | | | Survey | -1,180.00 | 2500-000 | | | 2,296.16 |
| | | | Attorney for Buyer | -1,150.00 | 3991-000 | | | 2,296.16 |
| | | | Well & Septic | -375.00 | 2420-000 | | | 2,296.16 |
| | | | 2008 County Taxes | -8,151.35 | 4800-000 | | | 2,296.16 |
| | | | 1st 2009 County Taxes | -3,522.41 | 4800-000 | | | 2,296.16 |
| | | | Attorney for Trustee Fees | -9,000.00 | 3110-000 | | | 2,296.16 |
| | | | Co-Owners 1/2 of Sale Proceeds | -2,296.16 | 4110-000 | | | 2,296.16 |
| | | | First Mortgage | -295,000.00 | 4110-000 | | | 2,296.16 |
| | | | Realtor for Trustee Commission | -8,250.00 | 3510-000 | | | 2,296.16 |
| | | | Title Work | -1,192.00 | 2500-000 | | | 2,296.16 |
| | | | Refund to Buyer for Overpayment | -209.79 | 2500-000 | | | 2,296.16 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.12 | | 2,296.28 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.14 | | 2,296.42 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | 0.13 | | 2,296.55 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.56 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.57 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.58 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.59 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.60 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.61 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.62 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.63 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.64 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.65 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,296.66 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 4.40 | 2,292.26 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,292.27 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,267.27 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,267.28 |

Subtotals :    $2,296.68    $29.40

{} Asset reference(s)

Printed: 09/10/2012 01:18 PM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-33253  
**Case Name:** CHURCH, LINDA L.  
**Taxpayer ID #:** **-***9056  
**Period Ending:** 09/10/12  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,242.28 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,242.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,217.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,217.30 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,192.30 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,192.31 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,167.31 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,167.32 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,142.32 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,117.32 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,092.32 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,067.32 |
| 07/27/12 | 1001 | CHARLES J. MYLER | Dividend paid 67.04% on $574.18, Trustee Compensation; Reference: | 2100-000 | | 384.94 | 1,682.38 |
| 07/27/12 | 1002 | Charles J. Myler | Dividend paid 67.04% on $73.18, Trustee Expenses; Reference: | 2200-000 | | 49.06 | 1,633.32 |
| 07/27/12 | 1003 | Myler, Ruddy & McTavish | Dividend paid 67.04% on $2,436.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,633.32 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,296.72 | 2,296.72 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,296.72 | 2,296.72 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,296.72** | **$2,296.72** | |

Net Receipts : 2,296.72  
Plus Gross Adjustments : 336,703.84  
Net Estate : $339,000.56  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******22-65 | 2,296.72 | 2,296.72 | 0.00 |
| | $2,296.72 | $2,296.72 | $0.00 |

{} Asset reference(s)